## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 25 2009
JOHN F. CORCORAN, CLERK
BY: /s/ 
DEPUTY CLERK

| | |
|---|---|
| IN RE: | Case No. 08-71107-WFS |
| WILLIAM A. WHITE, | Chapter 11 |
| Debtor. | |
| UNNAMED CITIZEN A, | |
| T.R., a minor by and through his next friend, Unnamed Citizen A, | 7:09CV57 |
| UNNAMED CITIZEN B, | Adv. Pro No. 08-07062-WFS |
| T.M., a minor by and through her next friend, Unnamed Citizen B, | |
| A.M., a minor by and through his next friend, Unnamed Citizen B, | **JURY TRIAL DEMANDED** |
| UNNAMED CITIZEN C, | |
| R.C., a minor by and through her next friend, Unnamed Citizen C | |
| Z.C., a minor by and through her next friend, Unnamed Citizen C, | |
| UNNAMED CITIZEN D, | |
| J.M., a minor by and through his next friend, Unnamed Citizen D, | |
| J.M., a minor by and through his next friend, Unnamed Citizen D, | |
| and | |
| UNNAMED CITIZEN E, | |
| J.J., a minor by and though his next friend, Crystal Lewis, | |
| Plaintiffs, | |

WE ASK FOR THIS:

UNNAMED CITIZEN A, T.R.,
UNNAMED CITIZEN B, T.M., A.M.,
UNNAMED CITIZEN C, R.C., Z.C.,
UNNAMED CITIZEN D, J.M., J.M., and
UNNAMED CITIZEN E and J.J.

By: /s/ Vivieon E. Kelley
Vivieon E. Kelley, Esq. (VSB No. 44230)
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, Georgia 30308
Telephone: (404) 885-3000
vivieon.kelley@troutmansanders.com

and

Anthony F. Troy (VSB No. 05985)
Stephen A. Northup (VSB No. 16547)
William H. Hurd (VSB No. 16769)
George A. Somerville (VSB No. 22419)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1263
anthony.troy@troutmansanders.com
stephen.northup@troutmansanders.com
william.hurd@troutmansanders.com
george.somerville@troutmansanders.com

*Counsel for Plaintiffs*

v.

WILLIAM A. WHITE,

and

AMERICAN NATIONAL SOCIALIST
WORKERS PARTY, LLC

        Defendants.

## ORDER WITHDRAWING REFERENCE OF ADVERSARY PROCEEDING TO BANKRUPTCY COURT

This matter is before the court on the motion of Plaintiffs, Unnamed Citizens A-E and certain Minor Children, pursuant to 28 U.S.C. §157(d) for an order withdrawing the reference of the above-captioned adversary proceeding to the Bankruptcy Court (the "Motion"). It appearing good cause has been shown, it is hereby **ADJUDGED AND ORDERED** that the Motion shall and hereby is **GRANTED**.

The Clerk of the Bankruptcy Court is directed to transfer all papers, pleadings and other incidents of this matter to the United States District Court, Roanoke Division. This matter shall be placed on the trial calendar of this Court and the parties shall comply with the Court's standard Pre-Trial Order that will be entered separately.

The Clerk of this Court is hereby further directed to serve a copy of this Order on the Clerk of the Bankruptcy Court and counsel of record

ENTERED: *Feb. 25, 2009*

/s/ *James C. Turk*
UNITED STATES DISTRICT COURT JUDGE

2