CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 8 2010

JULIA C. DUDLEY, CLERK
BY: /s/ S. Juitor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| ANNETTE REDDICK; ) <br> ) <br> TASHA REDDICK; ) <br> ) <br> TIESE MITCHELL; ) <br> ) <br> ARLENE CARTER; ) <br> ) <br> and ) <br> ) <br> CRYSTAL LEWIS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WILLIAM A. WHITE; ) <br> ) <br> and ) <br> ) <br> AM. NAT'L SOCIALIST ) <br> WORKER'S PARTY, ) <br> ) <br> Defendants. ) | Civil Action No. 7:09-cv-00057 <br><br><br> FINAL JUDGMENT ORDER <br><br><br><br> By: Hon. James C. Turk <br> Senior United States District Judge |

This Court, being of the opinion that all parties had the benefit of a fair and impartial trial, denies all post-trial motions filed in this case, to wit, Defendant William A. White's Motion to Set Aside the Verdict.

On the Court's own motion, the jury's award of compensatory damages against Defendant American National Socialist Worker's Party is reduced from $280,000 to $265,000 so as to conform to the total award of damages against Defendant White, the liability against both defendants being joint and several.

In accordance with the jury verdict as amended, it is

## ADJUDGED and ORDERED

that each of the plaintiffs named below have judgment against and recover from Defendants White and American National Socialist Worker's Party jointly and severally in the amount listed beside each name, plus interest at the legal rate from the date of this Order until paid, plus each plaintiff's taxable costs:

Annette Reddick, $45,000;

Tasha Reddick, $55,000;

Tiese Mitchell, $55,000;

Arlene Carter, $65,000; and

Crystal Lewis, $45,000.

It is further **ORDERED** that plaintiffs recover nothing from defendants by way of punitive damages. The Court affirms the jury's finding that Defendant White's actions were willful and malicious, and therefore non-dischargeable in bankruptcy.

The Clerk of Court is directed to strike this matter from the Court's active docket and to send a copy of this final order to counsel of record for plaintiffs, counsel of record for Defendant White, and White as the executive officer of Defendant American National Socialist Worker's Party.

**ENTER:** This 8th day of November, 2010.

Senior United States District Judge